**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00071-CR**
_____

**DAVID SHANE ACOSTA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 411th District Court**
**Polk County, Texas**
**Trial Cause No. 27427**

**MEMORANDUM OPINION**

In an open plea, Appellant David Shane Acosta pleaded guilty to the first-degree felony offense of aggravated robbery. *See* Tex. Penal Code Ann. § 29.03. After a sentencing hearing, the trial court sentenced Acosta to fifteen years of incarceration.

Acosta's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes that the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d

1

807 (Tex. Crim. App. 1978). On May 23, 2022, we granted an extension of time for Acosta to file a *pro se* brief. We received no response from Acosta.

We reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support the appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

 

_____
W. SCOTT GOLEMON
Chief Justice

Submitted on August 29, 2022
Opinion Delivered September 21, 2022
Do Not Publish

Before Golemon, C.J., Kreger and Horton, JJ.

---

[1]Acosta may challenge our opinion in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.1.